IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | C/A No.: 1:16-866-JMC-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Charles M. Prosser, d/b/a Prosser's Septic Tank Service, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the court on the motion of the United States of America ("the Government") to compel Charles M. Prosser, d/b/a Prosser's Septic Tank Service ("Defendant"), to respond to the Government's First Set of Interrogatories and First Set of Requests for Production served on Plaintiff on September 23, 2016. [ECF No. 20]. The motion indicates that the discovery requests were duly served and that full and complete responses have not been made within the time prescribed by Fed. R. Civ. P. 26. By letter dated December 1, 2016, counsel for the Government requested responses from Defendant by December 11, 2016, in order not to interfere with the court's scheduling order. [ECF No. 20-2]. Counsel for the Government represents that as of December 23, 2016, Defendant had not answered or responded to the discovery requests. [ECF No. 20 at 2–3].

In light of the foregoing, the court grants the Government's motion to compel. Defendant is directed to provide responses to the discovery requests by January 10, 2017.

Because Defendant failed to timely respond to the discovery, any and all objections are deemed waived under Fed. R. Civ. P. 33(b)(4).

    IT IS SO ORDERED.

*Shiva V. Hodges*

December 27, 2016          Shiva V. Hodges
Columbia, South Carolina      United States Magistrate Judge